HARRY L. SINGER v. AQUITANIA REALTY CORPORATION, Impleaded with SAMUEL BECK and Others — PERRY BITTEL.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN GILL v. RICHARD J. GRAY, as Treasurer of the Bricklayers, Masons and Plasterers' International Union of America.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for stay pending the hearing and determination by the Court of Appeals of such leave to appeal granted upon appellant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILMA E. GOULD v. NORMAN J. GOULD and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MANUFACTURERS TRUST COMPANY v. WALTER W. WEISMANN and Others, Impleaded with HARRY W. DUBISKE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PAUL S. VAN BAARN v. WESLEY L. WHEELER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CITY BANK FARMERS TRUST COMPANY, Formerly Known as the FARMERS' LOAN AND TRUST COMPANY, as Substituted Trustee for the Benefit of JOHN C. UHRLAUB, JR., under the Last Will and Testament of JOHN C. UHRLAUB, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARTHA E. ARMSTRONG v. ROGDON HOLDING CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FLORENCE T. KAHNWEILER v. CLIFFORD ARCHER FURST, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JOHN W. CORNISH for a Peremptory Mandamus Order against ARTHUR J. W. HILLY, as Corporation Counsel, etc., re closing of Old Third Avenue (Formerly Old Fordham Avenue), in the Borough of the Bronx, City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE NATIONAL CITY BANK OF NEW YORK and Another v. WALTER C. LOUCHHEIM and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.